JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

GEORGE WILLIAM VETTER,
Plaintiff,
v.
LONG BEACH POLICE DEPARTMENT,
Defendant.

No. 2:25-cv-11263-JFW-BFMx

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed without prejudice.

DATED: July 15, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE